UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE HURT, <br>     Plaintiff, <br> v. <br> THE STATE OF FLORIDA; THE COUNTRY OF VIETNAM; THE COUNTRY OF SOUTH AMERICA; UNITED STATES; and THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA <br>     Defendant. | No. MC-14-80047 EMC <br><br> **ORDER REJECTING COMPLAINT** |

Plaintiff Tyrone Hurt has been declared a vexatious litigant. The applicable vexatious litigant order requires all lawsuits filed by Mr. Hurt in this district to be subject to pre-filing review. *See Hurt v. All Sweepstakes Contests* No. C-12-4187 EMC, 2013 WL 144047, at *8 (N.D. Cal. Jan. 11, 2013). On February 13, 2014, Mr. Hurt submitted fourteen separate complaints for review.

In the instant case, Mr. Hurt purports to sue the above captioned entities based on allegations relating to the shooting of Trayvon Martin in the State of Florida, the growing of poppies for heroin production in Vietnam, the presence of gangs in this country, and an alleged assault that occurred in 2009 in the District of Columbia. As this complaint is frivolous, the Clerk is **ORDERED** to reject the complaint and close the file.

IT IS SO ORDERED

Dated: March 5, 2014

_____
EDWARD M. CHEN

United States District Judge